UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
RICARDO VELASQUEZ,                                        :
                                                          :
                                    Plaintiff,            :
                                                          :          25-CV-09911 (JAV)
               -v-                                        :
                                                          :               ORDER
PRISKA C. JUSCHKA FINE ART, INC., et al.,                 :
                                                          :
                                                          :
                                    Defendants.           :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       Pursuant to the Court's Order dated April 9, 2026, ECF No. 17, the parties were required
to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the
contents of which are described therein, by April 28, 2026. To date, the parties have not filed the
joint letter and proposed Civil Case Management Plan and Scheduling Order.  As a courtesy, that
deadline is hereby EXTENDED, *nunc pro tunc*, to **May 1, 2026**.

       SO ORDERED.

Dated: April 29, 2026                    _____
       New York, New York                     JEANNETTE A. VARGAS
                                               United States District Judge